UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES BERNARD CAMPBELL,

    Plaintiff,

vs.        Case No.  2:06-cv-684-FtM-99SPC

S. MILLIKEN; CHARLES W. SHOCKIEY; J. DAVENPORT; KATHY CONNER; MILTON HICKS; R. SPEARS; K. CECILIA,

    Defendants.
_____

## OPINION AND ORDER

This matter comes before the Court upon initial review of the file. Plaintiff, who is proceeding *pro se* and who is currently incarcerated at Charlotte Correctional Institution, filed a civil rights Complaint form (Doc. #1) pursuant to 42 U.S.C. § 1983 on December 28, 2006. Plaintiff did not accompany his Complaint with the requisite $350.00 filing fee or a request to proceed *in forma pauperis*.

The Prison Litigation Reform Act (hereinafter PLRA), which amended 28 U.S.C. § 1915, contains the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Section 1915, known as the "Three Strikes Rule," only permits a prisoner to file "three meritless suits at the reduced rate." Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002). The Court takes judicial notice that Plaintiff has been recognized as a "three striker": (1) 3:05-cv-375; (2) 3:05-cv-380; (3) 3:05-cv-84. See 3:05-cv-774.[1]

In the instant case, Plaintiff alleges that the law librarian failed to timely provide Plaintiff with the case law he requested when Plaintiff was under a legal deadline. Additionally, Plaintiff claims he incurred a false disciplinary report as a result of the grievances he filed concerning his failure to timely receive his requested case law incident. In light of Plaintiff's "three strike" status, and since Plaintiff is not under imminent danger of serious physical injury, this action will be dismissed without prejudice. Plaintiff may initiate a new action by filing his civil rights Complaint form accompanied with the requisite filing fee.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Complaint (Doc. #1) is **DISMISSED** without prejudice.

---

[1] The Court notes that the U.S. Party/Case Index reflects that to date Plaintiff has filed approximately 19 cases in federal court. See http://pacer.uspci.uscourts.gov

2. The **Clerk of Court** shall: (1) terminate any pending motions; (2) enter judgment accordingly; (3) close this file.

**DONE AND ORDERED** in Fort Myers, Florida, on this __5th__ day of January, 2007.

_____
JOHN E. STEELE
United States District Judge


SA: alj

Copies: All Parties of Record